| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Dorr, Richard E | 2. Court or Organization US Dist Ct Western District MO | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active US District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 222 John Q Hammons Parkway Suite 3100 Springfield MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 16 A 11: 35 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Commerce Bank Account | A | Interest | K | T | | | | | |
| 2. EDWARD D. JONES BROKERAGE ACCOUNT | | | | | | | | | |
| 3. - Money Market | A | Interest | J | T | | | | | |
| 4. - O'Reilly Automotive (ORLY) Common Stock | | None | M | T | | | | | |
| 5. - SBC Communications (SBC) Common Stock | A | Dividend | J | T | | | | | |
| 6. - Hartford Cap Apprec (ITHAX) Mutual Fund | | None | J | T | | | | | |
| 7. - Growth Fund of America Mutual Fund (AGTHX) | A | Dividend | J | T | | | | | |
| 8. - Putnam New Opportunities Mutual Fund CLA (PNOBX) | | None | J | T | | | | | |
| 9. - SunAmerica Life Ins. Polaris Variable Annuity | | None | K | T | | | | | |
| 10. - Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 11. - Putnam New Opportunities Mutual Fund CLB (PNOBX) | | None | J | T | | | | | |
| 12. - IRA No. 1 | | | | | | | | | |
| 13. - Federated American Leaders Mutual Fund (FALDX) | A | Dividend | J | T | | | | | |
| 14. - IRA No. 2 | | | | | | | | | |
| 15. - Federated American Leaders Mutual Fund (FALDX) | A | Dividend | J | T | | | | | |
| 16. USAA INVESTMENT MANAGEMENT CO. | | | | | | | | | |
| 17. - IRA | | | | | | | | | |
| 18. – USAA GNMA Trust | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,001 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -- USAA High-Yield Opportunities Fund | A | Dividend | J | T | | | | | |
| 20. -- USAA Income Fund | A | Dividend | J | T | | | | | |
| 21. -- USAA Income Stk Fund | A | Dividend | K | T | | | | | |
| 22. -- USAA S & P 500 Index Fund Member Shares | A | Dividend | K | T | | | | | |
| 23. -- USAA Short-Term Bond Fund | A | Dividend | K | T | | | | | |
| 24. SPRINGFIELD TRUST COMPANY CONDUIT IR : | E | Dividend | O | T | | | | | |
| 25. - CASH EQUIVALENTS: | | | | | | | | | |
| 26. -- Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 27. - FIXED INCOME SECURITIES: | | | | | | | | | |
| 28. -- FNMA 4 % 10/14/15 | | | | | | | | | |
| 29. - CORPORATE BDS & NTS: | | | | | | | | | |
| 30. -- Citicorp Note 6.37 % 1/15/06 | | | | | | | | | |
| 31. -- General Mtrs Accep Corp Note 6.125 % 1/22/08 | | | | | | | | | |
| 32. - FIXED INCOME FUNDS: | | | | | | | | | |
| 33. -- Federated GNMA Trust | | | | | | part sell | 3/2 | J | | |
| 34. -- Federated Total Return Bond Fund #328 | | | | | | | | | |
| 35. -- Federated Arms Fd Inst #96 | | | | | | buy | 7/19 | K | | |
| 36. -- Fed Ultra-Sht Bd 108 | | | | | | buy | 7/19 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. — Pimco Funds Pacific Investment | | | | | buy | 3/3 | J | | |
| 38. — VGD Interim Bd #5314 | | | | | buy | 1/6 | J | | |
| 39. | | | | | buy | 4/5 | J | | |
| 40. — VGD GNMA Fund #536 | | | | | | | | | |
| 41. - COMMON STOCK: | | | | | | | | | |
| 42. — American Express Co Com | | | | | | | | | |
| 43. — Chevrontexaco Corp Com | | | | | | | | | |
| 44. — Cisco Sys Inc. Com | | | | | | | | | |
| 45. — Dell, Inc | | | | | | | | | |
| 46. — Exxon Mobile Corp | | | | | | | | | |
| 47. — Fannie Mae Common Stock | | | | | | | | | |
| 48. — Home Depot Inc. Com | | | | | | | | | |
| 49. — Intel Corp Com | | | | | | | | | |
| 50. — International Business Machs Com | | | | | | | | | |
| 51. — Johnson & Johnson Com | | | | | | | | | |
| 52. — MBNA Corp Com | | | | | | | | | |
| 53. — Merck & Co Inc. Com | | | | | sell | 6/3 | J | | |
| 54. — Microsoft Corp | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -- Pepsico Inc. | | | | | | | | | |
| 56. -- Pfizer Inc. Com | | | | | | | | | |
| 57. -- Proctor & Gamble Co Com | | | | | | | | | |
| 58. -- Suntrust Bks Inc Com | | | | | | | | | |
| 59. -- Alltell Corp Com | | | | | sell | 6/3 | J | | |
| 60. -- Barr Pharmaceuticals Inc (fka Barr Laboratories Inc.) | | | | | | | | | |
| 61. -- Boeing Co Com | | | | | | | | | |
| 62. -- Consolidated Edison Com | | | | | | | | | |
| 63. -- Duke Realty Corporation Com | | | | | | | | | |
| 64. -- First Data Corp Com | | | | | | | | | |
| 65. -- Fiserv Inc Com | | | | | | | | | |
| 66. -- ITT Inds Inc Ind Com | | | | | buy | 1/29 | J | | |
| 67. -- Johnson Ctls Inc Com | | | | | | | | | |
| 68. -- Conoco Phillips | | | | | | | | | |
| 69. -- SBC Communications Inc Com | | | | | | | | | |
| 70. -- Sungard Data Sys Inc Com | | | | | | | | | |
| 71. -- Watson Pharmaceuticals Inc Com | | | | | sell | 5/26 | J | C | |
| 72. -- Supervalu Inc Com | | | | | sell | 7/21 | J | C | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$6,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -- Humana Inc. | | | | | sell | 1/13 | J | D | |
| 74. -- United Technologies Corp Com | | | | | | | | | |
| 75. -- Danaher Corp Com | | | | | | | | | |
| 76. -- Newell Rubbermaid Inc Com | | | | | sell | 7/29 | J | O | |
| 77. -- Dupont El De Nemours & Co Com | | | | | buy | 1/29 | J | | |
| 78. -- Goldman Sachs Group Inc | | | | | | | | | |
| 79. -- Morgan Stanley Com | | | | | | | | | |
| 80. -- Abbott Labs Com | | | | | | | | | |
| 81. -- Citigroup Inc Com | | | | | | | | | |
| 82. -- Avon Prods Inc Com | | | | | buy | 1/29 | J | | |
| 83. -- Dentsply Intl Inc New | | | | | buy | 6/2 | J | | |
| 84. | | | | | buy | 6/3 | J | | |
| 85. -- O'Reilly Automotive Inc. | | | | | buy | 7/29 | J | | |
| 86. -- Praxair Inc | | | | | buy | 6/3 | J | | |
| 87. -- Sysco Corp Com | | | | | buy | 7/21 | J | | |
| 88. -- Hospira Inc (spinoff from Abbot Labs) | | | | | spinoff | 5/17 | J | | |
| 89. | | | | | part sell | 5/26 | J | | |
| 90. | | | | | sell | 5/28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - FOREIGN EQUITIES: | | | | | | | | | |
| 92. -- Teva Pharmaceutical Industries Ltd | | | | | buy | 6/2 | J | | |
| 93. - EQUITY MUTUAL FUNDS: | | | | | | | | | |
| 94. -- VGD Star FD Dev Mkt Stk Index #227 | | | | | buy | 3/17 | K | | |
| 95. -- VGD Index Trust Mid-Cap Inst #864 | | | | | part sell | 3/17 | J | B | |
| 96. -- VGD Index TR Small Cap Adm #548 | | | | | part sell | 3/17 | J | A | |
| 97. Ozark National Ordinary Life Ins. Policy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $60,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carr, Richard E | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544